

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jimmie Donald Hill, Appellant

No. 06-19-00215-CR     v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 19-0246X). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by replacing "SECOND DEGREE FELONY" under "Degree of Offense" with "THIRD DEGREE FELONY." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jimmie Donald Hill, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 21, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk